John O. Henons, Adm'r, *v.* Louisville, Cincinnati & Lexington Railroad Co.

**Railroads—Personal Injury—Recovery.**

Where it is alleged that plaintiff's deceased was not an employe of the defendant railroad company when he received the injuries complained of, recovery may be had under either section of the statute.

APPEAL FROM JEFFERSON CIRCUIT COURT.

March 11, 1874.

OPINION BY JUDGE PRYOR:

This court, in the case of the L., L. & F. Railroad Company v. Case's Admr., in an opinion delivered during the present term, adjudged that the plaintiff, in an action like this, when it was alleged that the injury resulted from the willful negligence of the company, was entitled to recover for ordinary neglect. It is alleged that the plaintiff's intestate was not in the employ of the appellee at the time of the alleged injury, and therefore a recovery could have

been had under either section of the statute when the facts author-
ized the finding. It is not proper that we should discuss the effect
of the testimony, as the case must go back for further trial, being
well satisfied that the facts should have gone to the jury. The
judgment of the court below is, therefore, reversed, and the cause
remanded with directions to award the appellant a new trial and
for further proceedings consistent with this opinion.

*Mundy, for appellant.*

*P. F. Green, for appellee.*